EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
STEVEN M. GEVERCER, State Bar No. 112790
Supervising Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5331
 Fax:  (916) 322-8288
 E-mail:  Kevin.Reager@doj.ca.gov
*Attorneys for Defendants MacDowell, Brandon and Davenport*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LEO BERGER,** | 2:08-CV-01688-GEB-EFB |
| Plaintiff, | **STIPULATION AND ORDER ON MOTION TO COMPEL AND PROTECTIVE ORDER** |
| v. | |
| **J.T. BRANDON, et al.,** | |
| Defendants. | |

Plaintiff's motion to compel production of documents from the California Highway Patrol came on regularly for hearing on September 2, 2009.  The parties appeared through their respective counsels of record.  After considering the pleadings and arguments of counsel, IT IS HEREBY ORDERED that:

1. The California Highway Patrol's objection to the subpoena on Eleventh Amendment grounds is overruled;

2. The California Highway Patrol will produce the employment records described in request numbers 1 through 3 (history of prior complaints) to Plaintiff's counsel.  The documents may be redacted to prevent disclosure of private information relating to third parties;

1

3. Counsel for Plaintiff will maintain the documents in confidence and understands that they are intended for the attorney's eyes only. Counsel agrees to either return or destroy the documents at the conclusion of this litigation;

4. By ordering production of the documents for purposes of discovery, the Court is not expressing any opinion on the relevancy or admissability of the evidence at trial and neither party has waived any objection to the potential use of the evidence at trial;

5. The remainder of the motion is denied as moot.

IT IS SO STIPULATED.

Dated: September 4, 2009　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　EDMUND G. BROWN JR.
　　　　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　　　　STEVEN M. GEVERCER
　　　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General


　　　　　　　　　　　　　　　　　　　　　　/s/ Kevin W. Reager
　　　　　　　　　　　　　　　　　　　　　　KEVIN W. REAGER
　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*


Dated: September 4, 2009　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　The Law Firm of Kallis & Associates


　　　　　　　　　　　　　　　　　　　　　　/s/ M. Jeffery Kallis
　　　　　　　　　　　　　　　　　　　　　　M. JEFFERY KALLIS
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated: September 14, 2009

　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

SA2008304362
30854162.doc