IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO BERGER, <br><br>           Plaintiff, <br><br>      v. <br><br> J.T. BRANDON, et al., <br><br>           DefendantS. | 2:08-cv-1688-GEB-EFB <br><br> ORDER DENYING APPLICATION TO CONTINUE LAST LAW AND MOTION HEARING DATE |

      Plaintiff's ex parte application for an order changing the last law and motion hearing date prescribed in the scheduling order is denied because Plaintiff fails to demonstrate that the amendment he seeks is justified under Federal Rule of Civil Procedure 16's "good cause" standard. See Zivkovic v. Southern California Edison Co., 302 F.3d 1080, 1088 (9th Cir. 2002) (stating "'good cause'" must be demonstrated to justify "modifying the scheduling order, as required by Fed.R.Civ.P. 16(b)."). Further, to grant the application would necessitate continuing the final pretrial conference and trial dates.

Dated: October 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1